UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:                                                    Case No. 11-50955
                                                          Chapter 13
                                                          Hon. Shefferly

    Julie Torres
                                    Debtor.
_____/

CHRISTOPHER E. FRANK (P67169)
THE LEDUC GROUP, PLLC
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 667-7445
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOW COMES** Christian Financial Credit Union, by and through its attorneys, The Leduc Group, PLLC and for its Motion for Relief from Automatic Stay states as follows:

1. Christian Financial Credit Union, holds a perfected security interest by statute and contract in collateral namely, shares held jointly by the debtor with the credit union in the amount of $1,179.25.   (See attached statement of accounts).

2. The payoff on the debtor's account as of the date of filing, including late fees and miscellaneous charges, was $1,038.15 (see attached).

3.  Pursuant to MCLA 490.361(4) the Credit Union has a statutory right of offset for the funds on hand.

4.  Pursuant to paragraphs 7 and 8 of the contract, the debtors also contractual pledge their interest in shares and deposits with the credit union as collateral for the loans stated above.

5.  Pursuant to 11 U.S.C. 362(d) Creditor has shown good cause for the automatic stay to be lifted.

6. Pursuant to L.B.R. 9014-1(g), concurrence of relief was sought at the First Meeting of Creditors and the debtor's attorney did not agree with Creditor's requests for relief.

7.  Creditor's offset of funds will pay off the balances of their claims and increase the overall dividend to other unsecured creditors.

**WHEREFORE**, Creditor, requests that an Order to Lift Stay be entered to permit it to offset the funds against the debts owed and that this Order become effective upon its entry by waiver of L.B.R. 4001 (a)(3).

Dated: June 27, 2011

By: /S/ Christopher E. Frank
CHRISTOPHER E. FRANK (P67169)
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 667-7445

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:                                              Case No. 10-75103
                                                    Chapter 13
                                                    Hon. Tucker

      Julie Torres

                      Debtor.
_____/

CHRISTOPHER E. FRANK (P67169)
THE LEDUC GROUP, PLLC
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 667-7445
_____/

**ORDER LIFTING AUTOMATIC STAY**

**WHEREAS** Creditor, Christian Financial Credit Union, having filed a Motion for Relief from the Automatic Stay and Notice and Opportunity for Hearing having been submitted and no objections having been filed hereto;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted so as to permit Creditor, its successors and assigns, to enforce its interest, retake possession and sell the Collateral namely, shares, money markets and certificates of deposit in the amount of $1,038.15.

**IT IS FURTHER ORDERED** that notwithstanding Rule 4001 (a)(3), Creditor, may execute on its Order immediately. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

"EXHIBIT A"

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:                                           Case No. 10-75103
                                                 Chapter 13
                                                 Hon. Tucker

          Julie Torres
                              Debtor.
_____/

CHRISTOPHER E. FRANK (P67169)
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 667-7445
_____/


### <u>NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

        Christian Financial Credit Union has filed papers with the court for relief from the automatic stay.

        <u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the court to order relief from the automatic stay, or if you want the court to consider your views on the motion, within 15 days, you or your attorney must:

        1.        File with the court a written response or an answer, explaining your position at:

                        United States Bankruptcy Court
                        211 W. Fort Street, Suite 2100
                        Detroit, MI  48226

        If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        You must also mail a copy to:
                        Christopher E. Frank Esq.
                        The Leduc Group, PLLC
                        117 W. 4th Street, Ste 201
                        Royal Oak, MI 48067
                        cfrank@bankruptcymanagementgroup.com

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 6/27/11                                    The Leduc Group, PLLC


By:      /S/ Christopher E. Frank
         CHRISTOPHER E. FRANK (P67169)
         cfrank@bankruptcymanagementgroup.com
         Attorney for Creditor
         117 W. 4th Street, Ste 201
         Royal Oak, MI 48067
         (248) 667-7445

IN RE:                                              Case No. 10-75103
                                                   Chapter 13
                                                   Hon. Tucker

     Julie Torres

                    Debtor.
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 667-7445
_____/

## PROOF OF SERVICE

Christopher E. Frank hereby certifies that on 06/27/11 he served a copy of the following documents via
ECF filing or US First Class Mail:


- **Motion for Relief for Relief from the Automatic Stay**
- **Notice of Motion for Relief from the Automatic Stay**
- **Proposed Order**
- **Proof of Service**

Upon via ECF:


Debtor Counsel, James Warr

Via:  First Class Mail
Julie Torres, 17613 Lincoln, Eastpointe, MI 48021




Dated: 06/27/11                    By:      /S/ Christopher E. Frank
                                            CHRISTOPHER E. FRANK (P67169)
                                            cfrank@bankruptcymanagementgroup.com
                                            Attorney for Creditor
                                            117 W. 4th Street, Ste 201
                                            Royal Oak, MI 48067
                                            (248) 667-7445